UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.p.A.; and DIESEL U.S.A., INC.,

                Plaintiffs,

-against-

DIESEL POWER GEAR, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2020

1:19-cv-9308-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of the Parties joint Letter Motion Requesting a Local Rule 37.2 Conference [ECF No. 27].

        Defendant does not dispute that it listed Mr. Stuart and Mr. Sparks on its initial disclosures as individuals with relevant knowledge. Plaintiff is entitled to depose them individually, regardless of whom Defendant offers as the 30(b)(6) deponent. Defendant has not convincingly alleged that the depositions would disrupt its business operations or are being sought to harass the deponents. The fact they are celebrities does not make them immune from deposition. The Court will not restrict the subject matter of the depositions. Accordingly, both the Parties' request for a conference and Defendant's request for a protective order are DENIED.

        However, to the extent that deposition of the 30(b)(6) witness may obviate the need for questioning on certain subjects, it is ORDERED that the 30(b)(6) deposition should occur before the deposition of Mr. Stuart or Mr. Sparks.

**SO ORDERED.**

**Date: June 3, 2020**
**New York, NY**

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**