

**Epstein Drangel LLP**
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

July 10, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/10/2020
```

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

**Re:** *Diesel S.p.A., et al. v. Diesel Power Gear, LLC (Civil Case No. 19-cv-09308-MKV)*
 <u>**Letter Motion Requesting Adjournment of Post-Discovery Conference**</u>

Dear Judge Vyskocil,

Our firm represents Plaintiff Diesel S.p.A. and Plaintiff Diesel USA, Inc. (collectively, "Plaintiffs" or "DIESEL") in the above-captioned case, and we are writing, pursuant to Rule 2(G) of Your Honor's Individual Rules of Practice in Civil Cases to request a thirty (30) day adjournment of the Post-Discovery Conference, currently scheduled before Your Honor on August 18, 2020 at 10 AM (the "Conference"), including the deadline for pre-motion letters concerning motions for summary judgment under Rule 3(E), which are due one (1) week prior.  The parties are in preliminary settlement discussions.  In order to permit additional time for such discussions to occur, to avoid potentially unnecessary motion practice, and to conserve the time and resources of the parties, as well as the Court, the parties request that the Conference be adjourned until September 17, 2020, or sometime thereafter when the Court is available, thereby making the deadline for any pre-motion letters concerning motions for summary judgment September 10, 2020, or sometime thereafter.  Defendant Diesel Power Gear, LLC consents to the foregoing request.  No previous requests for adjournment have been filed.  The parties previously filed a request for an extension of certain discovery deadlines (*Docket Entry No. 25*), which was granted by the Court (*Docket Entry No. 26*).

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: s/ *Kerry B. Brownlee*
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
Jason M. Drangel (JD 7204)

Judge Vyskocil
July 10, 2020
Page 2

jdrangel@ipcounselors.com
William C. Wright (WW 2213)
bwright@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff Diesel S.p.A. and Plaintiff Diesel U.S.A., Inc.*

---

GRANTED.  The post-discovery status conference currently scheduled for August 18, 2020 is adjourned to September 22, 2020 at 11:00AM.  The parties joint status letter and any pre-motion letters should be filed no later than September 15, 2020. SO ORDERED.

Date: 7/10/2020
New York, New York

_____
Mary Kay Vyskocil
United States District Judge