

JOSEPH SHAPIRO
SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT  84111
T: 801.532.7080
jshapiro@strongandhanni.com

October 19, 2020

Judge Mary Kay Vyskocil

**Cc:**
All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

SENT VIA ECF

SENT VIA ECF

RE: Case No. 19-cv-9308 L.R. 37.2 letter motion to seal summary judgment exhibit

Dear Judge Vyskocil,

Defendant Diesel Power Gear, LLC hereby requests approval to file one document under seal. Exhibit D to the Declaration of Joseph Shapiro in support of Diesel Power Gear's Motion for Summary Judgment (filed October 19, 2020) is a marketing and consumer analysis that Plaintiffs produced in discovery and marked as "CONFIDENTIAL – ATTORNEYS' EYES ONLY." This document includes highly confidential marketing information that, if disclosed to the general public, would allow competitors to gain unfair competitive insights into Plaintiffs' marketing strategies and plans.

Regards,

STRONG & HANNI

_____
Joseph Shapiro

STRONG & HANNI
Joseph Shapiro

ST. ONGE STEWARD JOHNSTON & REENS LLC
Jonathan Winter

*Attorneys for Defendant Diesel Power Gear, LLC*

---

Defendant's Letter Motion for leave to file under seal Exhibit D to the Declaration of Joseph Shapiro in Support of Diesel Power Gear's Motion for Summary Judgment is GRANTED.  The Court has carefully reviewed an unredacted copy of Exhibit D and finds that Plaintiff's interest in maintaining the secrecy of the highly confidential marketing information outweighs the presumption of public access to this judicial document.  *See, e.g., GoSMiLE, Inc. v. Dr. Jonathan Levine, D.M.D. P.C.*, 769 F. Supp. 2d 630, 649–650 (S.D.N.Y. 2011) (finding that the defendants' privacy interests in marketing strategies, product development, costs, and budgeting outweighed the presumption of public access).  Defendant shall file an unredacted copy under seal via ECF.  The Clerk of Court is respectfully requested to close docket entry 41.
SO ORDERED.

Date: 10/20/2020
New York, New York

Mary Kay Vyskocil
United States District Judge