

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

June 14, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/14/2022
```

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re: *Diesel S.p.A., et al. v. Diesel Power Gear, LLC (Civil Case No. 19-cv-09308-MKV)*
**LETTER MOTION REQUESTING APPROVAL OF REDACTED DRAFT 56.1 STATEMENT**

Dear Judge Vyskocil,

In accordance with Your Honor's Individual Rules of Practice (the "Individual Rule(s)"), and specifically, Individual Rule 9(B), Plaintiff Diesel S.p.A. and Plaintiff Diesel U.S.A., Inc. (collectively, "DIESEL" or "Plaintiffs") hereby request the Court's approval to redact Plaintiffs' Draft Local Rule 56.1 Statement of Undisputed Facts (the "Draft 56.1 Statement"). The redacted portions of the Draft 56.1 Statement reflect summaries of Defendant Diesel Power Gear, LLC's ("Defendant") sales information, which Plaintiffs created from Defendant's financial documents that were produced to Plaintiffs, with confidential designations pursuant to the Protective Order (*Docket Entry No. 19*), during the course of discovery. Plaintiffs and Defendant, through their respective counsel, have conferred, and Defendant maintains that the summaries of Defendant's sales information should remain confidential. Accordingly, Plaintiffs, upon Defendant's request, have redacted such portions from the Draft 56.1 Statement and are hereby seeking the Court's approval of such redactions.

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: s/ *Kerry B. Brownlee*
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
William C. Wright (WW 2213)
bwright@ipcounselors.com
60 East 42nd Street, Suite 1250

New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff Diesel S.p.A. and Plaintiff Diesel U.S.A., Inc.*

**Granted. SO ORDERED.**

Date: __6/14/2022__
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge