

JOSEPH SHAPIRO
SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT  84111
T: 801.532.7080
JSHAPIRO@STRONGANDHANNI.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/2022
```

June 14, 2022

Judge Mary Kay Vyskocil  *SENT VIA ECF*
VyskocilNYSDChambers@nysd.uscourts.gov  *COURTESY COPY SENT VIA EMAIL*

*RE: Case No. 19-cv-9308-MKV*
*LETTER MOTION REQUESTING APPROVAL OF REDACTED DRAFT 56.1 STATEMENT*

Dear Judge Vyskocil,

Per Your Honor's Individual Rules of Practice (the "Individual Rule(s)"), and specifically, Individual Rule 9(B), Defendant Diesel Power Gear, LLC ("Defendant"), hereby requests the Court's approval to redact Defendant's Draft Local Rule 56.1 Statement of Undisputed Facts (the "Draft 56.1 Statement"). The redacted portions of the Draft 56.1 Statement reflect Defendant's sales and financial information, with confidential designations pursuant to the Protective Order (Docket Entry No. 19).

Respectfully submitted,

STRONG & HANNI

*/s/ Joseph Shapiro*
_____
Joseph Shapiro

STRONG & HANNI
Joseph Shapiro

ST. ONGE STEWARD JOHNSTON & REENS LLC
Jonathan Winter

*Attorneys for Defendant Diesel Power Gear, LLC*

---

**Granted. SO ORDERED.**

Date: 7/27/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge