```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.p.A.; and DIESEL U.S.A., INC.,

      Plaintiffs,

-against-

DIESEL POWER GEAR, LLC,

      Defendant.

1:19-cv-9308-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  On June 14, 2022, the parties filed competing letters requesting a pre-motion conference with the Court in anticipation of moving for summary judgment on the issue of damages. [ECF Nos. 64, 68]. The parties have each attached to their letters draft Local Rule 56.1 Statements of Undisputed Facts. However, neither party has filed an opposition to the other's letter nor a Rule 56.1 Counter-Statement indicating whether the Statements of Undisputed Facts are actually undisputed.

  Accordingly, IT IS HEREBY ORDERED that, on or before August 5, the parties shall respond to each other's pre-motion letter requests and include Rule 56.1 Counter-Statements, in compliance with this Court's individual rules.

  The parties are directed to review this Court's individual rules and ensure compliance therein.

**SO ORDERED.**

**Date: July 27, 2022**
   **New York, NY**

               _____
               **MARY KAY VYSKOCIL**
               **United States District Judge**