UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIESEL S.p.A. and DIESEL U.S.A., INC.,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>DIESEL POWER GEAR, LLC,<br><br>                              Defendant. | 1:19-cv-09308 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 26, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 79. The deadline for that filing has now passed and the parties failed to comply and file the letter. Accordingly, the parties shall file such letter promptly but at least by **October 24, 2022**.

Dated: October 19, 2022
    New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge