UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.p.A. and DIESEL U.S.A., INC.,

                    Plaintiffs,

-against-

DIESEL POWER GEAR, LLC,

                    Defendant.

1:19-cv-09308 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of counsel's motion to withdraw as Defendant's counsel, and the parties' joint letter regarding proposed next steps in this action. ECF Nos. 112, 113. IT IS HEREBY ORDERED that the parties, including a representative of Defendant, appear at a conference on **October 12, 2023 at 3 p.m.** in Courtroom 20B.

Dated: October 3, 2023
       New York, New York

                                            SO ORDERED.

                                            JENNIFER L. ROCHON
                                            United States District Judge