UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.p.A. and DIESEL U.S.A., INC.,

                Plaintiffs,

-against-

DIESEL POWER GEAR, LLC,

                Defendant.

1:19-cv-09308 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS the Court held a conference today at which Kerry Brownlee, as counsel for Plaintiffs, and Jonathan Winter, as counsel for Defendant, appeared.

    WHEREAS counsel for the parties indicated that they had exchanged a revised version of a proposed permanent injunction.

    IT IS HEREBY ORDERED that counsel for Plaintiffs, attorneys Jonathan Winter and Joseph Shapiro for Defendant, and a corporate representative of Defendant Diesel Power Gear, LLC, shall appear for a remote conference on **November 2, 2023 at 10 a.m.** Conference participants should be prepared to discuss the pending request to withdraw as counsel for Defendant and Plaintiffs' request for a permanent injunction. The Court may set a briefing schedule at the conference with respect to the request for a permanent injunction and, given the late stage of this litigation, the request to withdraw as counsel.

    IT IS FURTHER ORDERED that, if the parties reach an agreement with respect to Plaintiffs' request for a permanent injunction, they shall file a proposed final judgment and permanent injunction by **October 26, 2023**. In that event, the Court may adjourn the November 2, 2023 conference.

IT IS FURTHER ORDERED that, by **October 31, 2023,** the parties shall file a joint appearance letter providing the names and email addresses of all persons who will appear at the remote conference.  The Court will then send Microsoft Teams log-in credentials to the email addresses provided and participants shall appear by video.  The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

IT IS FURTHER ORDERED that counsel for Defendant shall serve this order on their client, Diesel Power Gear, LLC, no later than **October 13, 2023.**

Dated: October 12, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge