UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIESEL S.p.A. and DIESEL U.S.A., INC.,<br><br>                            Plaintiffs,<br><br>-against-<br><br>DIESEL POWER GEAR, LLC,<br><br>                            Defendant. | 1:19-cv-09308 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at the November 2, 2023 conference, Plaintiffs shall, by **November 9, 2023**, file a brief of no more than 5 pages in support of their request for a permanent injunction. Defendant shall file a response of no more than 5 pages by **November 22, 2023**. Plaintiffs shall file a reply, if any, of no more than 3 pages by **November 29, 2023.**

Dated: November 2, 2022
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge