

John P. Mixon
Associate
(212) 415-9276
Mixon.john@dorsey.com

**VIA ECF**  October 17, 2025

Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

> Request GRANTED.  SMCO and Plaintiff shall submit a joint letter no later than **October 31, 2025,** regarding the status of their agreement settling this dispute.
>
> **SO ORDERED.**
>
> Dated: October 20, 2025
> New York, New York
>
> _Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Diesel S.p.A. et al v. Diesel Power Gear, LLC*, 1:19-cv-09308-JLR (S.D.N.Y.)

Dear Judge Rochan:

    I represent Objector SMCO Management Group, LLC ("SMCO") in the above-referenced matter. I write with Plaintiff's consent to request that the Court adjourn its consideration of SMCO's Motion, Dkt. 127, for two weeks (i.e., until October 31, 2025). The parties have conferred following submission of their briefing on SMCO's motion, and arrived at the principle terms of a settlement of the dispute.  SMCO and Plaintiff will use the two-week adjournment to formalize and execute their agreement.  This is SMCO's first adjournment request of this nature. Good cause supports this request, as it will conserve Court resources and allow the parties to cooperatively move past this issue.

    SMCO very much appreciates the Court's attention to this matter.

Respectfully submitted,

*/s/ John P. Mixon*

John P. Mixon

cc: All counsel of record (via ECF)