

John P. Mixon<br>
Associate<br>
(212) 415-9276<br>
Mixon.john@dorsey.com

**VIA ECF**                                October 31, 2025

Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

> Request GRANTED. SMCO and Plaintiff shall submit a joint letter no later than **November 14, 2025**, regarding the status of their agreement settling this dispute.
>
> **SO ORDERED.**
>
> Dated: November 3, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Diesel S.p.A. et al v. Diesel Power Gear, LLC*, 1:19-cv-09308-JLR (S.D.N.Y.)

Dear Judge Rochon:

I represent Objector SMCO Management Group, LLC ("SMCO") in the above-referenced matter. In accordance with the Court's October 20, 2025 order, Dkt. 135, I write with Plaintiff's permission to provide the Court with an update on the Parties' efforts to privately resolve SMCO's motion, Dkt. 127.

The Parties continue to negotiate the final terms of a potential settlement but have not been able to arrive at final terms or execute an agreement. Accordingly, I write with Plaintiff's consent to respectfully request that the Court adjourn its consideration of SMCO's Motion, Dkt. 127, for an additional two weeks until November 14, 2025. SMCO and Plaintiff will use the two-week adjournment to work toward formalizing and executing their agreement. This is SMCO's second adjournment request of this nature. Good cause supports this request, as it will conserve Court resources and allow the parties to cooperatively move past this issue.

SMCO very much appreciates the Court's attention to this matter.

                                        Respectfully submitted,

                                        */s/ John P. Mixon*

                                        John P. Mixon

cc: All counsel of record (via ECF)